IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

   vs.

TRINIDAD SANCHEZ CHACON

        Defendant.
                               /

No. CR S-02-0519 FCD

<u>ORDER</u>

        Defendant Trinidad Chacon has filed a motion asking the court to amend the judgment in this case to recommend that the bureau of Prisons place him immediately in a 500 hour residential drug abuse program and extend the time he will spend in a halfway house.

        The court has reviewed all briefing in the record. Accordingly, IT IS HEREBY ORDERED that:

        The request is DENIED without prejudice. Any future habeas petitions must be filed in the Fresno Division of the Eastern District of California.

DATED: September 28, 2006

                                               /s/ Frank C. Damrell Jr.
                                               UNITED STATES DISTRICT JUDGE