IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Respondent,                      No. CR S-02-0519 FCD DAD

    vs.

ESEQUIEL QUESADA-GARCIA,

    Movant.                        <u>ORDER TO SHOW CAUSE</u>

_____/

        On January 11, 2010, the court granted respondent's motion for an extension of time to file an answer to movant's motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255, and the court ordered respondent to file an answer within forty-five days. Respondent has not filed an answer nor sought a further extension of time in which to do so.

        Accordingly, IT IS HEREBY ORDERED that within fifteen days from the service of this order, respondent shall file an answer and show cause in writing why the required answer was not filed in a timely manner.

DATED: March 12, 2010.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
gar0519.osc